# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 21-7078　　　　　　　　　　　　September Term, 2022
FILED ON: APRIL 27, 2023

STATE OF NEW YORK, ET AL.,
　　　　APPELLANTS

v.

META PLATFORMS, INC.,
　　　　APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-03589)

Before: HENDERSON and WILKINS, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　BY:　/s/

　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　Deputy Clerk

Date: April 27, 2023

Opinion for the court filed by Senior Circuit Judge Randolph.