# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-7078**                                                          **September Term, 2022**

**1:20-cv-03589-JEB**

**Filed On: April 27, 2023** [1996719]

State of New York, et al.,

    Appellants

    v.

Meta Platforms, Inc.,

    Appellee

### O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

BY:    /s/
         Daniel J. Reidy
         Deputy Clerk